## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| **JAMES C. HILL, JR., et al.** § | |
| *Plaintiffs* § | |
| § | |
| **and** § | |
| § | |
| **CALEB THOMPSON, et al.** § | |
| *Plaintiffs-Intervenors* § | |
| § | |
| **v.** § | **Cause No. SA-20-CV-01473-OLG-RBF** |
| § | |
| § | |
| **AETC II PRIVATIZED HOUSING, LLC, et al.** § | |
| *Defendants & Defendants in Intervention* § | |

### AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiffs Rodolfo Castillo and Latasha Castillo, as next friends of T.C., minor child; Caleb Michael Thompson as next friend of J.T., S.T., and E.T., minor children; and Christabel Thompson ("Plaintiffs"), and Defendants AETC II Privatized Housing, LLC; AETC II Property Managers, LLC; and Hunt ELP Ltd., by and through their undersigned counsel, to dismiss all claims brought on behalf of minor child, T.C.; minor children J.T., S.T., E.T.; and Christabel Thompson, against all Defendants without prejudice. The Court, having considered the motion, and being further advised that the parties to this Order are in agreement, finds the joint motion well-taken.

IT IS THEREFORE ORDERED that all claims brought by Plaintiffs Rodolfo Castillo and Latasha Castillo, solely as next friends of T.C.; Caleb Michael Thompson solely as next friend of J.T., S.T., and E.T.; and Christabel Thompson against Defendants AETC II Privatized Housing, LLC; AETC II Property Managers, LLC; and Hunt ELP, Ltd. are DISMISSED WITHOUT

PREJUDICE, with each party to bear its own fees and costs. Nothing in this order shall affect Rodolfo Castillo, Latasha Castillo, or Caleb Michael Thompson's individual claims or Rodolfo Castillo and Latasha Castillo's claims as next friends of their minor children E.C., J.C., or I.C.

SO ORDERED AND ADJUDGED, this ____ day of _____, 2022

_____
DISTRICT COURT JUDGE

**Agreed to by:**

*/s/ Jennifer A. Neal*
Mikal C. Watts, State Bar No. 20981820
Francisco Guerra, IV., State Bar No. 00796684
Robert Brzezinski, State Bar No. 00783746
Jennifer A. Neal, State Bar No. 24089834
**WATTS GUERRA LLP**
4 Dominion Dr., Bldg. 3, Suite 100
San Antonio, TX 78257
(210) 447-0500 Telephone
(210) 447-0501 Facsimile
E-Mail: mcwatts@wattsguerra.com
          fguerra@wattsguerra.com
          rbrzezinski@wattsguerra.com
          jneal@wattsguerra.com

Randall A. Pullman, State Bar No. 16393250
Ryan C. Reed, State Bar No. 24065957
Matthew J. McGowan, State Bar No. 24098077
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
E-Mail: rpulman@pulmanlaw.com
          rreed@pulmanlaw.com
          mmcgowan@pulmanlaw.com

James. R. Moriarty, State Bar No. 14459000
**MORIARTY SKIVER PLLC**
4119 Montrose, Suite 250
Houston, Texas 77006
(713) 528-0700 Telephone

(713) 528-1390 Facsimile
E-Mail: jim@moriarty.com

*Attorneys for Plaintiffs*

*/s/ Jennifer J. Skipper (w/permission)*
Jennifer J. Skipper, State Bar No. 24076171
Walter H. Boone, MS Bar No. 8651
*(Admitted to W. D. of TX on 7/28/2020)*
**BALCH & BINGHAM LLP**
188 East Capitol Street, Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466
E-mail: wboone@balch.com
         jskipper@balch.com

-and-

Julia W. Mann, State Bar No. 00791171
**JACKSON WALKER LLP**
112 E. Pecan Street, Suite 2400
San Antonio, Texas 782015
Telephone: 210-978-7761
Facsimile: 210-242-4646
E-mail: jmann@jw.com

*Attorneys for AETC II Privatized Housing, LLC, AETC II Property Managers, LLC, and Hunt ELP, Ltd.*