IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JAMES C. HILL, JR., et al.<br>    Plaintiffs<br><br>and<br><br>CALEB THOMPSON, et al.<br>    Plaintiffs<br><br>v.<br><br>AETC II PRIVATIZED HOUSING, LLC, et al.<br>    Defendants | §§§§§§§§§§§§§§§§§ Cause No. SA-20-CV-01473-OLG-RBF |

## JOINT STIPULATION DISMISSING MEDICAL CLAIMS AND DAMAGES

All Plaintiffs and Plaintiffs/Intervenors in this matter, with the exception of Deborah Oliver and Caleb Thompson (hereinafter "Plaintiffs") and Defendants through their respective counsel, hereby stipulate and agree to the terms of this Stipulation Dismissing Medical Claims and Damages.

1. Plaintiffs, except Deborah Oliver and Caleb Thompson, hereby stipulate that they are dismissing, with prejudice and will not assert claims to recover monetary damages from Defendants for physical injuries and/or physical illness sustained in the past, present or in the future; provided, however, that for purposes of clarity, this stipulation does not dismiss or prevent Plaintiffs from seeking mental anguish damages to the extent permitted by law. As such, without waiver of the above, Plaintiffs, except Deborah Oliver and Caleb Thompson, stipulate that they will not submit to the jury a damages claim for or a damage category for past, present or future damages relating to physical injury and/or physical illness.

2

2.      Defendants and Plaintiffs agree to abide by any Rule 35 examinations Orders which may be entered in this matter.

Respectfully Submitted,

By: /s/ Ryan C. Reed
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
Ryan C. Reed
Texas State Bar No. 24065957
rreed@pulmanlaw.com

**WATTS GUERRA LLP**
Mikal C. Watts
Texas State Bar No. 20981820
mcwatts@wattsguerra.com
Francisco Guerra, IV
Texas State Bar No. 00796684
fguerra@wattsguerra.com
Robert Brzezinski
Texas State Bar No. 00783746
rbrzezinski@wattsguerra.com
Jennifer A. Neal
Texas State Bar No. 24089834
jneal@wattsguerra.com
4 Dominion Dr., Bldg. 3, Suite 100
San Antonio, TX 78257
(210) 447-0500 Telephone
(210) 447-0501 Facsimile

**MORIARTY SKIVER PLLC**
James. R. Moriarty
Texas State Bar No. 14459000
jim@moriarty.com
4119 Montrose, Suite 250
Houston, Texas 77006
(713) 528-0700 Telephone
(713) 528-1390 Facsimile

**ATTORNEYS FOR PLAINTIFFS**


By:  /s/ Walter H. Boone
Walter H. Boone, MS Bar No. 8651
*(Admitted to W. D. of TX on 7/28/2020)*
Jennifer J. Skipper, State Bar No. 24076171
**BALCH &BINGHAM LLP**
188 East Capitol Street, Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466
E-mail: wboone@balch.com
jskipper@balch.com

Julia W. Mann, State Bar No. 00791171
Erica Benites Giese, State Bar No. 24036212
**JACKSON WALKER LLP**
112 E. Pecan Street, Suite 2400
San Antonio, Texas 782015
Telephone: 210-978-7761
Facsimile: 210-242-4646
E-Mail: jmann@jw.com

**ATTORNEYS FOR DEFENDANTS**

17013540.1

## CERTIFICATE OF SERVICE

I certify that on November 3, 2022, I filed the foregoing with the Court's CM/ECF system, which will serve the following parties in accordance with the Federal Rules of Civil Procedure:

| | |
|---|---|
| Walter Boone<br>Jennifer Skipper<br>BALCH & BINGHAM LLP<br>1888 East Capitol Street, Suite 1400<br>Jackson, Mississippi 39201 | Julia W. Mann<br>Erica Benites Giese<br>JACKSON WALKER LLP<br>112 E. Pecan Street, Suite 2400<br>San Antonio, Texas 78205 |

*/s/ Ryan C. Reed*
Ryan C. Reed